UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAMIRO PEREZ, | |
|---|---|
| Plaintiff, | Case No. 1:17-cv-01726-EPG |
| v. | **ORDER GRANTING EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |
| COMMISSIONER OF SOCIAL SECURITY, | (ECF No. 10) |
| Defendant. | |

Before the Court is the unopposed motion filed by Plaintiff, Ramiro Perez, for a thirty-day extension of time to file his opening brief (ECF No. 10). Plaintiff requests the additional time to search for evidence that appears to be missing from the record. The Court finds good cause for and will accordingly granted the requested extension of time.

IT IS ORDERED that Plaintiff's unopposed motion for a thirty-day extension of time to file Plaintiff's opening brief (ECF No. 10) is GRANTED. Plaintiff shall file his opening brief by September 17, 2018. The Court's Scheduling Order (ECF No. 3) is modified accordingly.

IT IS SO ORDERED.

Dated: __August 15, 2018__         /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE

1