# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| RAMIRO PEREZ, | Case No. 1:17-cv-01726-EPG |
| Plaintiff, | **ORDER GRANTING STIPULATED EXTENSION OF TIME** |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | (ECF No. 13) |
| Defendant. | |

Pursuant to the stipulation of the parties (ECF No. 13), and finding that good cause exists, IT IS ORDERED that Defendant is granted a thirty (30) day extension of time to file her response brief. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: **October 10, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE