# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| RAMIRO PEREZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:17-cv-01726-EPG<br><br>**ORDER GRANTING STIPULATED EXTENSION OF TIME**<br><br>(ECF No. 15) |

Pursuant to the stipulation of the parties (ECF No. 15), and finding that good cause exists,

IT IS ORDERED that Defendant is granted an additional fourteen (14) day extension of time, to November 28, 2018, to file her response brief. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

　　Dated: **November 8, 2018**　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE