UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RAMIRO PEREZ,

    Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)

No.: 1:17-cv-01726-EPG

**ORDER AWARDING ATTORNEY FEES
UNDER THE EQUAL ACCESS TO
JUSTICE ACT, PURSUANT TO 28 U.S.C.
§ 2412(d), AND COSTS, PURSUANT TO
28 U.S.C. § 1920**

**(ECF No. 26)**

_____

    Pursuant to the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Fees and Costs (ECF No. 26), IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of SEVEN THOUSAND FOUR HUNDRED NINETY-THREE DOLLARS AND SEVENTY FIVE CENTS ($7,493.75), and costs under 28 U.S.C. § 1920 in the amount of FOUR HUNDRED DOLLARS ($400.00), subject to the terms of the above-referenced Stipulation, to include the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

IT IS SO ORDERED.

    Dated: __**June 20, 2019**__

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE